UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge Case No. 04-1812-CBS |
| ) | |
| Brendan Lhoer, ) | |
| Defendant ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Todd Prough, Special Agent of the Drug Enforcement Administration ("DEA"), do hereby make oath before the Honorable Charles B. Swartwood, III, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Brendan Lloer (DOB 2-26-78) on an indictment filed in the Eastern District of North Carolina charging the defendant with conspiring to distribute ecstasy in violation of 21 U.S.C. § 846 and 841(a)(1) and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Todd Prough
Special Agent, DEA

Subscribed and sworn to before me this 26th day of July, 2004

_____
Charles B. Swartwood, III
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA                     WARRANT FOR ARREST

        v.
BRENDAN BOOKER LOEHR
10710 Collinsworth Court                     CASE NUMBER: 7:04CR57-2BO-1
Raleigh, N.C. 27614

To:  The United States Marshal
     and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest _Brendan Booker Loehr_____ .and bring him
                                                   (name)
or her forthwith to the nearest magistrate to answer a(n)

Sealed  X   Indictment _____ Information _____ Complaint _____ Order of Court

           Violation Notice _____ Probation Violation Petition

charging him or her with  (SEE PAGE 2 FOR OFFENSE(S) DESCRIPTION)

in violation of Title _____ United States Code, Section(s)_____

 MICHAEL BROOKS                                ACTING    CLERK
Name of Issuing Officer                       Title of Issuing Officer

By _[signature]_____                      5/3/04 - Raleigh, N.C.
Signature of Issuing Officer-                 Date and Location
Deputy Clerk

Bail recom at $Detention Recomm.              by___USAttorney_____
                                                      Name of Judicial Officer

---

|  | RETURN |  |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

Note: "SEALED MATERIAL" stamp appears on upper right.

PAGE 2

UNITED STATES OF AMERICA                         **WARRANT FOR ARREST**

        v.

**BRENDAN BOOKER LOEHR**                         CASE NUMBER: 7:04CR57-2BO-1


OFFENSE DESCRIPTION


CT. 1 - conspiracy to distribute and possess with the intent to distribute
         3,4-methylenedioxymethamphetamine (commonly known as ecstasy) -
         21:846


Forfeiture Notice