CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE: U.S. v.s. Brendan Loehr

FOR:
AT:

LOCATION NUMBER: (illegible handwritten notes)

PERSON REPRESENTED (Show your full name): _____

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate: 04-1812-CBS
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now: ☐ Yes  ☑ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ none
- IF NO, give month and year of last employment: _____
- How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: Aura ~ 6-7000
DESCRIPTION: 1996

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: 
- Education — 2 debts presently
- Apt
- Food — $68,000
- Utilities
- Books

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/30/2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]